UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD J. WIECZOREK

       Plaintiff,                          CIVIL ACTION NO. 05-74256

v.                                             PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE
JOHN E. POTTER, Postmaster General,
United States Postal Service,

       Defendant(s).
_____/

## ORDER TO STRIKE DOCUMENT

**UPON** review, the Court has determined that Plaintiff Ronald Wieczorek's Brief in Support of Opposition to Defendant's Motion for Summary Judgment, accepted for filing by the Clerk of the Court on September 25, 2006 (Dock. No. 16), **does not conform** with Local Court Rule 5.1. Local Court Rule 5.1(a) states that all paper must be "doubled space, except for quoted material and footnotes."

**IT IS ORDERED** that the paper shall be attached to this order and deemed not a part of the record in this case.

**IT IS FURTHER ORDERED** that Plaintiff Ronald Wieczorek shall file a Response Brief that meets all of the requirements set forth in Local Rule 5.1 by 12:00 p.m. on Friday, November 17, 2006.

                                                    s/Paul D. Borman
                                                    PAUL D. BORMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated:  November 16, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 16, 2006.

                                                  s/Denise Goodine
                                                  Case Manager